[No. 10977–8–II.   Division Two.   October 12, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. TREVOR LEE
BOURQUIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 176000R11, Rosanne Buckner, J., entered
March 25, 1987. *Affirmed* by unpublished opinion per Reed,
C.J., concurred in by Worswick and Alexander, JJ.

[No. 11003–2–II.   Division Two.   October 12, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. SERGIO
MONTERO–ZAMORA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 87–1–00148–4, Karen G. Seinfeld, J., entered
May 18, 1987. *Affirmed* by unpublished opinion per Wors-
wick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 8388–8–III.   Division Three.   October 13, 1988.]

JOHNNY YOUNG, *Individually and as Personal Representa-
tive, Appellant*, v. DEACONESS HOSPITAL,
*Respondent*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 83–2–01112–9, David M. Thorn, J. Pro
Tem., entered January 15, 1987. *Affirmed* by unpublished
opinion per McInturff, J. Pro Tem., concurred in by
Thompson, C.J., and Green, J.